IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 05 76S |
| v. | CR. No. |
| | In Violation of 8 U.S.C. |
| | §§ 1326(a) and (b)(2) |
| ALFREDO MENDEZ, a.k.a. Freddie Figueroa, Roberto Mercado, Roberto Soto, Eduardo Soto, Luis Rivera, and Antonio Mendez | |

**INDICTMENT**

The Grand Jury charges that:

On or about June 7, 2005, Defendant ALFREDO MENDEZ, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney

DATE June 15, 2005