AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RI

USA

v.

Alfredo Mendez

## APPEARANCE

CASE NUMBER: CR05 7655

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Alfredo Mendez

6-28-05

Date

Martin D. Harris, Esq. (E.F.H)

Signature

Martin D. HARRIS, Esq.

Print Name

132 DORRANCE St.

Address

Providence, RI 02903

City State Zip Code

401-273-4990

Phone Number