**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-76S** **DATE: July 5, 2005**

**TITLE: USA v. Alfredo Mendez**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Zech Chafee, AUSA
Martin Harris, Esq.
Kate Hopkins, Pretrial Services
Ana-Cecilia Rosado, Interpreter

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Court informs Deft of rights and charge.
Deft understands rights and charge.
Deft pleads not guilty.
Govt requests detention.
No argument from Deft.
Arraignment order entered.
Deft remanded to custody.