AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Alfredo Mendez

APPEARANCE

CASE NUMBER: CR05-76S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alfredo Mendez

I certify that I am admitted to practice in this court.

July 5, 2005
*Date*

*Signature*

Martin D Harris — 3167
*Print Name* — *Bar Number*

132 Dorrance St
*Address*

Prov. — R.I. — 02903
*City* — *State* — *Zip Code*

401.273.4990 — 401 454-1416
*Phone Number* — *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.