1036314

RECEIVED
JUN 15 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ALFREDO MENDEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR05-76S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALFREDO MENDEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J Theall
Signature of Issuing Officer

June 15, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Central Falls, RI by BICE | | |
| DATE RECEIVED 06/15/2005 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert D Young |
| DATE OF ARREST 06/28/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.