**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **C.R. No. 05-76S**

**ALFREDO MENDEZ**

**MOTION TO EXTEND TIME FOR THE FILING OF PRE-TRIAL MOTIONS**

Now comes the defendant by and through counsel and moves this Honorable Court to extend time for filing of all pre-trial motions. A memorandum is attached in support.

DEFENDANT,
By his Attorney,

Martin D. Harris, Esquire
132 Dorrance Street
Providence, RI 02903
RI Reg.#3167
(401) 273-4990

**CERTIFICATION**

I, the undersigned hereby certify that on the 4th day of August 2005, I caused to be hand delivered a true and correct copy of the within Motion To Extend Time For The Filing Of Pre-Trial Motions to Zechariah Chafee, Esq., Assistant U.S. Attorney, Office Of The United States Attorney, 50 Kennedy Plaza 8th Floor, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| **VS.** | ) | **C.R. No. 05-76S** |
| **ALFREDO MENDEZ** | ) | |
| **Defendant.** | ) | |

**MEMORANDUM IN SUPPORT OF EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Defendant has been indicted for a single count of illegal re-entry in violation of 8 U.S.C. 1326(a) and (b)(2). The Government on or about July 22, 2005 mailed to counsel discovery in support of the instant prosecution. Counsel has reviewed the same. Defendant's pre-Trial motions are due by **August 5, 2005.**

Counsel also scheduled an appointment at the Immigration Court at JFK Government Center, Boston, Massachusetts to review Mr. Mendez' prior deportation file. Counsel conducted an in person interview at JFK Government Center of the **available immigration file on or about July 26, 2005.** The actual deportation file was not available. The only file available at Immigration Court was the **bond file.** The Government is required to prove Mr. Mendez illegally re-entered the United States in violation of a **valid order of removal. This may be a point of contention by the defendant.**

Counsel for the defendant was advised in person on July 26, 2005 that the Immigration Court **will contact him when they have located the actual deportation file so** that another appointment could be scheduled. Counsel has also requested an appointment with the INS case agent to **review its deportation file**. **Exhibit 1.**

Counsel needs an additional period of time to investigate the **prior orders** of deportation that entered.

The Government has provided as part of its discovery a warrant of removal/deportation (WD) dated January 31, 2001. Said WD was executed based upon a final order **issued by the District Director as opposed to an Immigration Judge**. Said **WD** was executed on or about **July 3, 2001** per the Government's discovery. The Government's discovery by way of the **Record Of Deportable Alien dated June 6, 2005 suggested the alien was deported on June 4, 2001.** The materials provided by the Government contain inconsistencies as pertain to Mendez' prior deportation. These matters likewise must be investigated.

There are additional issues which must be investigated which include an alleged prior order of removal issued by IJ Shapiro back on **November 1, 1991.** The immigration file as alluded to above is on request from the Boston Immigration Court.

This matter was scheduled for pre-trial on September 1, 2005. Said date was revised to August 24, 2005and then to August 25, 2005.

Wherefore and for the aforementioned reasons, defendant respectfully requests an additional period of **30 days** to file all pre-trial motions.

DEFENDANT,
By his Attorney,

Martin D. Harris, Esquire
132 Dorrance Street
Providence, RI 02903
RI Reg.#3167
(401) 273-4990

**CERTIFICATION**

I, the undersigned hereby certify that on the 4th day of August 2005, I caused to be hand delivered a true and correct copy of the within Memorandum In Support Of Extension of Time To File Pre-Trial Motions to Zechariah Chafee, Esq., Assistant U.S. Attorney, Office Of The United States Attorney, 50 Kennedy Plaza 8th Floor, Providence, RI 02903.