**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **C.R. No. 05-76S**

**ALFREDO MENDEZ**

## MOTION FOR CONTINUANCE OF TRIAL CALENDAR CALL AND EMPANELMENT

Now comes defendant by and through counsel and moves this Honorable Court for a continuance of the date set for Trial Calendar Call (August 23, 2005) and empanelment (August 31, 2005). A memorandum is attached in support.

DEFENDANT,
By his Attorney,

Martin D. Harris, Esquire
132 Dorrance Street
Providence, RI 02903
RI Reg.#3167
(401) 273-4990

## CERTIFICATION

I, the undersigned hereby certify that on the 15 day of August 2005, I caused to be hand delivered a true and correct copy of the within Motion For Continuance Of Trial Calendar Call And Impanellment to Zechariah Chafee, Esq., Assistant U.S. Attorney, Office Of The United States Attorney, 50 Kennedy Plaza 8th Floor, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **C.R. No. 05-76S**

**ALFREDO MENDEZ**

**MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL CALENDAR CALL AND EMPANELMENT**

Defendant-Mendez previously filed a Motion For Continuance of the revised pre-trial date. A copy of the same is heretofore attached. **Exhibit 1.**

Defendant also filed a Motion To Extend Time For Filing Of Pre-Trial Motions. A copy of the same is heretofore attached. **Exhibit 2.**

Defendant further sent written communication to the Government dated **August 4, 2005** requesting clarification of the discovery previously submitted. **Exhibit 3.**

Defendant further requested the Government make available the case agent and their deportation file which is believed to obtain information **material to** the prosecution of Mr. Mendez.

Counsel had previously requested the deportation/removal file from the Immigration Court located at JFK Government Center, Boston, Massachusetts. Upon review of the file as provided by the Immigration Court the only information available was the deportation file. The Clerk at the Immigration Court has requested the actual removal file. Counsel for defendant is awaiting further notification from the Immigration

Court so he may review the deportation file and all orders as related to prior deportations/removal of Mr. Mendez.

Defendant believes that the information as alluded to above is **material** and needed to properly prepare defenses in this matter.

Wherefore and for the aforementioned reasons, it is respectfully requested this matter be continued to the **October trial calendar.** Further, defendant requests that all **dates initially set in the pre-trial and trial order be modified accordingly. Exhibit 4.**

Upon information and belief the Government has no objection to the instant motion.

DEFENDANT,
By his Attorney,

Martin D. Harris, Esquire
132 Dorrance Street
Providence, RI 02903
RI Reg.#3167
(401) 273-4990

**CERTIFICATION**

I, the undersigned hereby certify that on the 15th day of August 2005, I caused to be hand delivered a true and correct copy of the within Motion For Continuance Of Trial Calendar Call And Impanellment to Zechariah Chafee, Esq., Assistant U.S. Attorney, Office Of The United States Attorney, 50 Kennedy Plaza 8th Floor, Providence, RI 02903.