UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>VS.<br>ALFREDO MENDEZ<br>Defendant. | C.R. No. 05-76S |

**MOTION FOR CONTINUANCE OF THE REVISED PRE-TRIAL DATE**

Now comes defendant by and through counsel and moves this Honorable Court for a continuance of the revised pre-trial date of August 25, 2005 @ 3:00 p.m.

As grounds, counsel states that he has filed a Motion For Extension Of Time To Submit Pre-Trial Motions otherwise due August 5, 2005. See attached.

Wherefore and for the aforementioned reasons, it is respectfully requested that the Motion For Continuance Of The Revised Pre-Trial Date be granted subject to the Court's ruling on counsel's Motion To Extend Time for The Filing Of Pre-Trial moitions. .

DEFENDANT,
By his Attorney,

Martin D. Harris, Esquire
132 Dorrance Street
Providence, RI 02903
RI Reg.#3167
(401) 273-4990

**CERTIFICATION**

I, the undersigned hereby certify that on the 4th day of August 2005, I caused to be hand delivered a true and correct copy of the within Motion For Continuance of the Revised Pre-Trial Date to Zechariah Chafee, Esq., Assistant U.S. Attorney, Office Of The United States Attorney, 50 Kennedy Plaza 8th Floor, Providence, RI 02903.