MDH **Martin D. Harris, Ltd.**
ATTORNEYS-AT-LAW

132 Dorrance Street, Providence, RI 02903 (401) 273-4990 Fax (401) 454-1416 Cell (401) 952-3306

Martin D. Harris
Joseph Dugan*
*Of Counsel*

**Elizabeth Ferro-Harris
Paralegal/Office Manager

August 4, 2005

Zechariah Chafee, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
50 Kennedy Plaza 8th Floor
Providence, RI 02903

Re: United States of America
Vs. Alfredo Mendez, a/k/a Freddie Figueroa, Roberto Mercado
Roberto Soto, Eduardo Soto, Luis Rivera, and
Antonio Mendez
CR. NO. 05-76S

Dear Attorney Chafee:

I had the opportunity to review the discovery materials you provided.

I would like the opportunity to sit with the INS case agent who has physical custody of the Mendez deportation file. I need an opportunity to review the file in total. I will need to copy pertinent documentation from the file which relates to prior deportations.

Also please find enclosed a motion to extend time for filing pre-trial motions. Also enclosed is a Motion For Continuance Of The Revised Pre-Trial date.

Your July 22, 2005 correspondence at #9 states the date of August 18, 1997. **Is that a typo? I believe the correct date is August 18, 1999.** Please advise.



**Se Habla Español Fala-Se Portugues Fala Crioulo*

**Also admitted in Massachusetts and District of Columbia*

**Visibly missing from the discovery materials that you provided are the prior orders of deportation which are needed before a WD can be properly executed. Please have immigration search its file and provide the same.**

Thank you.

Sincerely,

Martin D. Harris, Esq.

MDH/gws

cc U.S. District Court
Clerk's Office
1 Exchange Terrance
Providence, RI 02903