# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-76S** **September 26, 2005**

**TITLE: USA V. ALFREDO MENDEZ**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: JOE FONTES**

**INTERPRETER: ANA-CECILIA ROSADO**

**IN COURT: 9:40 a.m. - 10:03 a.m.**

---

**COUNSEL PRESENT:** **Government - Zechariah Chafee, AUSA**
**Defendant - Martin Harris, Esquire**

**RE: Change of Plea Hearing**

**Proceedings:** **All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the elements and the facts of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Counts I ; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, January 6, 2006 at 11:30 a.m.; Defendant remanded into custody.**