UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA )**
**)**
**Vs. )** **Docket No.: 05-00076-001S**
**)**
**ALFREDO MENDEZ )**
**)**

**MOTION FOR CONTINUANCE OF SENTENCING**

Now comes the Defendant by and through counsel and moves this Honorable Court for Continuance of Sentencing. Sentencing is currently scheduled for January 6, 2006. A memorandum in support is attached.

WHEREFORE and for the aforementioned reasons, it is respectfully requested that the instant Motion for Continuance of Sentencing be granted. Counsel requests a continuance of 45 days.

Respectfully submitted,
By His Attorney,

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 22nd day of December 2005, I caused to mailed a true copy of the within to Attorney Zechariah, Chafee, Esq., Office of the U.S. Attorney, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**
**)**
**Vs. ) Docket No.: 05-00076-001S**
**)**
**ALFREDO MENDEZ )**
**)**

**MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE OF SENTENCING**

Defendant is currently scheduled for sentencing on or about January 6, 2005. At issue for purpose of the instant request is the defendant's criminal history as referenced at paragraphs 31 and 32 of the PSR.

An application for post-conviction relief for the conviction referenced at paragraph 33 of the PSR is scheduled to be heard at Providence County Sixth Division District Court for January 3, 2006. Said conviction is believed to be subject to a constitutional challenge. It is unclear that this matter will be completely adjudicated by January 3rd. A copy of the application was attached to the Motion for Downward Departure previously filed with this Honorable Court.

Additionally, counsel needs an opportunity to further investigate the merits of filing a Motion to Revise and Revoke as pertains to the Massachusetts plea referenced at paragraph 31. Counsel is not licensed in Massachusetts. Counsel did consult with Massachusetts's counsel, Bob Carmel on or about August 26, 2005. However, there has been a delay in the proper investigation of this matter as said conviction may have been under another name, to wit, Roberto Soto. See PSR @ paragraph 31. Said plea may likewise be subject to a constitutional challenge.

As the pleas and/or the validity thereof may have a direct bearing on the recommended sentence, it is believed that a brief continuance of 45 days may be warranted in the interests of justice and for the sake of judicial economy.

WHEREFORE, and for the aforementioned reasons, it is respectfully requested that defendant's Motion for Continuance of Sentencing be granted.

Respectfully submitted,
By His Attorney,

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

## CERTIFICATION

I, the undersigned, do hereby certify that on the 22nd day of December 2005, I caused to mailed a true copy of the within to Attorney Zechariah Chafee, Office of the U.S. Attorney, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.