FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**
**)**
**Vs. )** **Docket No.: 05-00076-001S**
**)**
**ALFREDO MENDEZ )**
**)**

## MOTION FOR CONTINUANCE OF SENTENCING

Now comes the Defendant by and through counsel and moves this Honorable Court for Continuance of Sentencing. Sentencing is currently scheduled for January 6, 2006. A memorandum in support is attached.

WHEREFORE and for the aforementioned reasons, it is respectfully requested that the instant Motion for Continuance of Sentencing be granted. Counsel requests a continuance of 45 days.

Respectfully submitted,
By His Attorney,

GRANTED
William E. Smith
U.S. District Judge
12/29/05

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

## CERTIFICATION

I, the undersigned, do hereby certify that on the 22nd day of December 2005, I caused to mailed a true copy of the within to Attorney Zechariah, Chafee, Esq., Office of the U.S. Attorney, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.