**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**
**)**
**Vs. )** **Docket No.: 05-00076-001S**
**)**
**ALFREDO MENDEZ )**
**)**

## MOTION FOR CONTINUANCE OF SENTENCING

Now comes the Defendant by and through counsel and moves this Honorable Court for Continuance of Sentencing. Sentencing is currently scheduled for March 17, 2006. A memorandum in support is attached.

WHEREFORE and for the aforementioned reasons, it is respectfully requested that the instant Motion for Continuance of Sentencing be granted. Counsel requests until the next available court date.

Respectfully submitted,
By His Attorney,

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 12th day of January 2006, I caused to mailed a true copy of the within to Attorney Zechariah Chafee, Office of the U.S. Attorney, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA )** | |
| ) | |
| **Vs.** ) | **Docket No.: 05-00076-001S** |
| ) | |
| **ALFREDO MENDEZ** ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE OF SENTENCING**

Defendant was previously scheduled to be sentenced on January 6, 2006. It was rescheduled by the Clerk of the Court to or about March 17, 2006, which is the current sentencing date. Counsel is requesting that sentencing be rescheduled until the next available date. As grounds, Counsel avers that said date is in conflict with a trial to be conducted at JFK Building in Boston, MA which was scheduled prior to the instant sentencing date. Exhibit 1. A brief continuance to the next available court date is therefore requested.

WHEREFORE, and for the aforementioned reasons, it is respectfully requested that defendant's Motion for Continuance of Sentencing be granted.

Respectfully submitted,
By His Attorney,

Martin D. Harris, Esq. #3167
132 Dorrance Street
Providence, RI 02903
(401) 273-4990

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 12th day of January 2006, I caused to mailed a true copy of the within to Attorney Zechariah, Chafee, Esq., Office of the U.S. Attorney, 50 Kenedy Plaza 8th floor, Providence, RI 02903 and United States Probation, 2 Exchange Terrace, 3rd Floor, Providence, RI 02903.

Mom Phaen
________________________