IN THE UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO. 05-076~~ML~~ S |
| | : | |
| ALFREDO MENDEZ | : | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objections to the defendant's Motion for a Downward Departure for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 30th day of March, 2006, I faxed a true copy of the Government's Memorandum in Support of It's Objection to Defendant's Motion for a Downward Departure to:

Martin D. Harris
132 Dorrance Street
Providence, RI 02903
Fax:(401)454-1416

Paula Harsey

IN THE UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : CR.NO. 05-076~~ML~~ S
:
ALFREDO MENDEZ :

GOVERNMENT'S MEMORANDUM IN SUPPORT
OF IT'S OBJECTION TO DEFENDANT'S MOTION
FOR A DOWNWARD DEPARTURE

Defendant has moved for a downward departure under the guidelines. He has set forth a number of reasons he thinks that he qualifies. He argues that these reasons are mitigating circumstances of a kind or to a degree not adequately taken into consideration by the Sentencing Commission.

First, he contends that his criminal history reflects a series of "non violent or non dangerous activities." Of course that is absurd. The government counts five felony drug distribution convictions on defendant's record. During one of those drug crimes he also possessed a firearm illegally, which he pleaded guilty to.

Second, defendant notes that he has already been deported three times and then claims that he "was arguably unaware of the repercussions of returning each time since the government did not prosecute during prior times for illegal reentry." Defendant was fortunate that he was not prosecuted before. That is hardly a

basis for a downward departure. He of all people had to know that he was forbidden from returning.

Defendant points out that he is the father of three children that live in the United States and says that he returned to support them. That is a very common reason for deported aliens to return to the United States and certainly does not take this out of the heartland of cases.

Defendant says he is "entitled" to a downward departure because of his utter lack of sophistication based on his "cultural heritage and sociological factors." He points out that he doesn't speak, read or write English and does not have "the tools necessary to fully appreciate the consequences of his actions in the context of the United States Criminal Justice System."

However, defendant is not some babe in the woods. Need it be pointed out that he has been repeatedly arrested, brought into court, and found criminally responsible of numerous crimes, including five drug dealing felonies.

Last, defendant observes that his incarceration would deprive his children of financial support. Only in the most extraordinary circumstances do the guidelines contemplate a departure for family responsibilities. Defendant's case is a quite ordinary situation, run of the mill, and certainly does not fall outside the heartland of cases.

What the Court has before it is an habitual criminal who has so far avoided any long term incarceration. He fully deserves a sentence within the guideline range.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 30th day of March, 2006, I faxed a true copy of the Government's Memorandum in Support of It's Objection to Defendant's Motion for a Downward Departure to:

Martin D. Harris
132 Dorrance Street
Providence, RI 02903
Fax:(401)454-1416

Paula Harvey