Alfredo Mendez
950 High Street
Central Falls, RI 02863

UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America | : | |
| Plaintiff | : | |
| vs. | : | CASE No. 05-00076-01S |
| Alfredo Mendez | : | NOTICE OF APPEAL |
| Defendant | : | |
| | : | |

The defendant, **ALFREDO MENDEZ, pro se,** hereby gives notice of appeal from the judgement and sentence imposed by the Honorable **WILLIAM E. SMITH** at this District Court of Rhode Island, on this 31th day of March, 2006, at or about 11:00 AM.

**Respectfully submitted this 2nd day of April, 2006.**

Alfredo Mendez

Alfredo Mendez/Appellant

Copy mailed this 2nd day of April, 2006 to each of the following:

**Assistant U.S. Attorney:**

Zechariah Chafee, Esq.
50 Kennedy Plaza- 8th Floor
Providence, RI 02903

**Defense Counsel:**

Martini D. Harris, Esq.
132 Dorrance Street
Providence, RI 02903

cc.filed