RECEIVED

APR 14 2006

Property of U.S. District Court
District of Rhode Island

Alfredo Mendez
950 High Street
Central Falls, RI 02863

March 07, 2006

Clerk's Office

**RE: UNITED STATES V. ALFREDO MENDEZ**
**CASE No. 05-00076-001** S

Dear Office' Clerk.

I am respectfully requesting copies of transcripts of my sentencing hearing; and a copy of the **DOCKET SHEET.** I am appealing my sentence on various grounds and this document are essential for me to prepare my defense.

Please, mail document to:
**Alfredo Mendez**
**Donald W. Wyatt Detention Facility**
**950 High Street**
**Central Falls, RI 02863**

Thank you for your assistance in this matter.

Sincerely,

Alfredo Mendez/Appellant

cc.filed