UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 05-76S |
| | : | |
| ALFREDO MENDEZ | : | |

## MEMORANDUM AND ORDER

Before the Court for determination is Defendant's pro se letter to the Clerk requesting copies of the docket sheet and transcript of his sentencing hearing. (Document No. 32). The Court will treat this request as a Motion.[1] 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). The Court has determined that no hearing is necessary. For the reasons discussed below, the Motion is GRANTED in part and DENIED in part.

In June 2005, Defendant was charged with violating 8 U.S.C. §1326 by illegally reentering the United States. Defendant subsequently retained counsel, entered a plea of guilty, and was sentenced by District Judge Smith on March 31, 2006.

Defendant is currently before the Court pursuing a pro se appeal of his sentence. Defendant's letter simply requests a copy of the docket sheet and transcript, and does not state whether Defendant intends to submit payment for the documents, or if he is seeking in forma pauperis status. If Defendant is unable to pay for the transcript, he must apply for in forma pauperis status pursuant to 28 U.S.C. §1915. Without the proper application to proceed IFP, the Court cannot

---

[1] The Court notes that the present submission to the Court was not signed by Defendant. All pleadings filed with this Court must be signed by the movant pursuant to Fed. R. Crim. P. 49(d); Fed. R. Civ. P. 11(a). Because of his pro se status, the Court has given him some leeway and ruled on this Motion, but any future pleadings filed with the Court will be returned to the Defendant if they are submitted without a signature.

determine whether Defendant is entitled to a copy of the sentencing transcript at the Court's expense. On the other hand, if Defendant is not seeking IFP status, he is entitled to obtain a copy of the transcript at his own expense and must submit a transcript order form to the Court. Therefore, the Defendant's request for a copy of his transcript is DENIED without prejudice to renewal if Defendant files the appropriate documentation and is deemed eligible for IFP status, or if he files a transcript order form and submits payment for the transcript.

The Court will, however, GRANT Defendant's request for a copy of the docket sheet in this case, and directs the Clerk to mail a copy of the docket sheet to Defendant as well as copies of a transcript order form and IFP application/affidavit.

So Ordered.

LINCOLN D. ALMOND
United States Magistrate Judge
April 21, 2006